# EXHIBIT

# A

Case 1:23-cv-06154-JSR   Document 2-1   Filed 07/18/23   Page 2 of 7

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
SARKIS SARKISIAN and FRANK ANDRIANAKOS

                                  Plaintiffs,              Index No.     /23

       -against-

                                                   Verified
                                                     Complaint
OPENLOCKER HOLDINGS, INC.
F/K/A  DESCRYPTO, INC.
F/K/A W TECHNOLOGIES, INC.

                                  Defendant.
-------------------------------------------------------------------x

        Plaintiffs by their attorneys, Cyruli Shanks & Zizmor LLP, for their complaint,

alleges as follows:

Facts Common to All Causes of Action

        1.     At all times hereinafter mentioned, Plaintiffs were and still are individuals

residing in the Province of Quebec, Canada.

        2.     Defendant OpenLocker Holdings, Inc. f/k/a Descrypto, Inc. f/k/a W

Technologies, is a corporation duly organized and existing under and by the virtue of the

State of Delaware.

        3.     Upon information and belief, Defendant has done and/or continues to do

business and transact business within the State of New York

        4.     This action has been commenced to enforce two promissory notes issued

by the Defendant (the "Promissory Notes") and assigned several times over a period of

years including being assigned to the Plaintiffs.

        5.     As of the date hereof, the Promissory Notes are due and payable, and

Defendant is in default of the Promissory Notes.

6.      On September 11, 2006, Defendant, then known as W Technologies, Inc. entered into a loan transaction with CSI Business Finance, pursuant to which CSI Business Finance lent the sum of $355,000.00 to Defendant ("Promissory Note 1").

7.      On September 21, 2006, the parties entered into a second Promissory Note in the amount of $300,000.00 ("Promissory Note 2").

8.      On June 25, 2015, an individual named Serge Mersillian purchased Promissory Note 1 from CSI Business Finance which had a $203,700 outstanding principal balance and also purchased Promissory Note 2 from CSI Business Finance which had a $203,700 outstanding principal balance.

9.      Also in 2015, Plaintiffs, via written assignment, acquired Promissory Note 1 and Promissory Note 2 from Serge Mersillian.

10.     In Defendant's Quarterly Report For the Period Ending April 30, 2020, publically filed with the OTC Markets Disclosure Service (the "April 30, 2020 Disclosure Report") in order to meet its public disclosure requirements as a public company, Defendant stated as following regarding the Promissory Notes.

> (1) The two notes which constitute this Note were originally issued in the amounts of $355,000 and $300,000 on September 11, 2006 and September 21, 2016, respectively. The notes were issued by the Company to its Lender, CSI Business Finance, Inc. Several amendments to the notes to reduce the interest rate, adjust the conversion rate, and extend the maturity dates have occurred between the issuance dates and the date of this Reporting Period. These amendments have also resulted in two partial forgiveness of debt actions. For convenience the notes have been combined into one Note for this Disclosure Statement. [Reference is made to Note 6 to the Financial Statements accompanying this Disclosure Statement]. On or about June 25, 2015, the Note was sold by CSI Business Finance, Inc., to Serge Mersilian, our former President and director, who in 2015 assigned the Note to Sarkis Sarkissian who continues as the holder of the Note. The sale of portions of the Note referenced in Footnotes 2 – 4, inclusive, below, prior to the acquisition of the Note by Mr. Mersilian, are reflected in the outstanding balance of the Note.

11.    The April 30, 2020 Disclosure Report was executed and certified on July 14, 2020 by Mikael Lundgren, as Chief Financial Officer of Defendant.

12.    As part of the certification of Certification executed by Mikael Lundgren, he acknowledged the following about the contents of the April 30, 2020 Disclosure Report:

> Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement .

13.    Promissory Note 1 and Promissory Note 2 were to mature on December 31, 2019 (the "Maturity Date") but on July 1, 2019, the Maturity Date was extended, in writing, to December 31 2021.

First Cause of Action

14.    Defendant has defaulted on its obligations to Plaintiffs under Promissory Note 1 and Promissory Note 2. Defendant did not pay any of the outstanding principal amount of either Promissory Note 1 or Promissory Note 2 or interest accrued thereon on the Maturity Date. Since the Maturity Date, Defendant has not made any payments on either Promissory Note 1 or Promissory Note 2  New Note or otherwise.

15.    Plaintiffs have not converted either Promissory Note 1 or Promissory Note 2 in equity of the Defendant.

16.    Plaintiffs have not agreed to cancel or otherwise modify either Promissory Note 1 or Promissory Note 2.

Case 1:23-cv-06154-JSR    Document 2-1    Filed 07/18/23    Page 5 of 7

17.    Defendant has not requested any extension of time to make payments under either Promissory Note 1 or Promissory Note 2 and no extension of time to make payment has been granted.

18.    Defendant has no basis to claim that either Promissory Note 1 or Promissory Note 2 has been paid, canceled or otherwise no longer in existence.

19.    As of the date hereof, Defendant is indebted to Plaintiffs in the amount of the $407,400 representing the unpaid principal amount of the New Note plus accrued interest in the amount of $281,140, for a total of $688,540.00.

20.    As a result of the foregoing Plaintiffs have been damage in an amount equal to $688,540.00 plus interest accruing from the date hereof until Promissory Note 1 and Promissory Note 2 are fully paid.

Second Cause of Action

21.    Plaintiffs repeat, reiterate and reallege the allegations set forth in the paragraphs above as if set forth fully herein and at length.

22.    Both Promissory Note 1 and Promissory Note 2 provide that in the case of default, the holder of the notes shall be entitled to the costs of collection including, but not limited to, attorneys fees.

23.    As a result of the foregoing Plaintiffs have been damage in an amount to be determined by this Court.

WHEREFORE, Plaintiffs demand judgment against all Defendant in the amount of $688,540.00 on the first cause of action; attorneys fees in an amount to be determined by this Court  on the second cause of action; amd such other and relief as the Court may deem just and proper and the costs and disbursements of this action.

Dated:     New York, New York
           May 24, 2023


CYRULL SHANKS & ZIZMOR LLP

By: _____
        Paul Goodman

Attorneys for Plaintiffs
420 Lexington Avenue
Suite 2320
New York, New York 10170
(212) 661-6800

Case 1:23-cv-06154-JSR    Document 2-1    Filed 07/18/23    Page 7 of 7

**VERIFICATION**

PROVINCE OF *QUÉBEC*  )
                      ) ss.:
CITY OF *MONTREAL*    )


      Sarkis Sarkian, being duly sworn, deposes and says: that affiant is one of the Plaintiffs herein; that affiant has read the Verified Complaint and knows the contents thereof; that the same is true to affiant's own knowledge, except as to the matters stated to be alleged on information and belief, and that as to those matters affiant believes it to be true.


Sworn to before me on this
___24th___ day of May, 2023


Notary Public

Me John Giammarella
Notaire – Notary
6455, rue Jean-Talon Est, bureau 706
Montréal (Québec) H1S 3E8
Tél.: (514) 593-1002