# EXHIBIT

# B

FLORIDA DEPARTMENT *of* STATE        DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
OPENLOCKER HOLDINGS INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F22000005038 |
| **FEI/EIN Number** | 90-2100108 |
| **Date Filed** | 08/09/2022 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 02/28/2023 |
| **Event Effective Date** | NONE |

**Principal Address**

625 N FLAGLER DR STE 600
W PALM BEACH, FL 33401

**Mailing Address**

625 N FLAGLER DR STE 600
W PALM BEACH, FL 33401

**Registered Agent Name & Address**

ANTHONY, LAURA
625 N FLAGLER DR STE 600
W PALM BEACH, FL 33401

**Officer/Director Detail**

**Name & Address**

Title DCEO

GOSTFRAND, HOWARD
625 N FLAGLER DR STE 600
W PALM BEACH, FL 33401

Title D

KLATSKY, BRIAN
625 N FLAGLER DR STE 600
W PALM BEACH, FL 33401

Title DPS

ANTHONY, LAURA
625 N FLAGLER DR STE 600
W PALM BEACH, FL 33401

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2023 | 03/03/2023 |

**Document Images**

| | |
| --- | --- |
| 03/03/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2023 -- Name Change | View image in PDF format |
| 08/09/2022 -- Foreign Profit | View image in PDF format |