UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SARKIS SARKISIAN and FRANK ANDRIANAKOS

                                    Plaintiffs,

  -against-                                       Case No. 23-cv-6154
                                                            (JSR)

OPENLOCKER HOLDINGS, INC.
F/K/A  DESCRYPTO, INC.
F/K/A W TECHNOLOGIES, INC.

                                    Defendant.
------------------------------------------------------------------x

## DECLARATION OF PAUL GOODMAN

PAUL GOODMAN hereby declares and says:

1. Attached hereto as Exhibit "A" is a true and complete copy of the pages from the following websites, all of which I personally accessed and printed on August 25, 2023.

    a. Linkedin profile of Aleksandr Rubin.
    (www.linkedin.com/in/aleksandr-rubin-80bb132/details/experience)

    b. Pitchbook profile of Aleksandr Rubin.
    (www. pitchbook.com/profiles/person/198350-83P#overview)

    c. Aerial Capital website (www.aerial.capital).

    d. Fort Lawton Capital website (www.ftlawton.com).

    e. Glennwood Capital website (www.glennwoodcapital.net) which was accessed through the archive.org system.

2. Attached hereto as Exhibit "B" is a true and complete copy of pages from the Alliance Virtual Office website, which I personally accessed and printed on August

25, 2023, located at: www.alliancevirtualoffices.com/virtual-office/us/ca/beverly-hills/beverly-hills-5348.

Dated: August 28, 2023
New York, New York

/s/ Paul Goodman

_____
Paul Goodman (PG-4049)