# EXHIBIT A



# Aleksandr Rubin · 2nd

Blockchain | Fintech | VC | Private & Public Equity

Contact info

500+ connections

Craig Kaufman is a mutual connection

**Connect**  Save in Sales Navigator  More

Aerial Capital
American University

## Highlights

**1 mutual group**
You and Aleksandr are both in Private Equity, M&A, and Venture Capital [Powered by Family Office Club - 4,000+ Investors]

## About

Blockchain | Fintech | Private & Public Equity | Investment Management

## Experience



**Partner**
Aerial Capital · Full-time
Nov 2021 - Present · 1 yr 10 mos
United States

Aerial Capital is a private investment company investing across capital structures in various transaction dynamics. We are specializing in providing short and long-term financing.



**Strategic Advisor**
Waves Labs
Nov 2021 - Present · 1 yr 10 mos

Waves Labs US: develops, incubates, and integrates projects and businesses into the Waves blockchain ecosystem



**Principal**
Digital Investment Platform
Sep 2020 - Present · 3 yrs
Luxembourg

Digital Investment Platform S.à r.l. (DIP) is a Luxembourg based holding company with over $400 million in assets under management and a mandate to invest in the global media sector, specifically focus  ...see more



**Supervisory Board Member**
Gremi Business Communication Sp. zo.o.
Aug 2020 - Present · 3 yrs 1 mo



**Managing Director**
Fort Lawton Capital LLC
Nov 2018 - Jan 2022 · 3 yrs 3 mos
New York, NY

Fort Lawton Capital is a boutique private equity firm focused on the business services and financial services sectors.



**Glenwood Capital**
15 yrs 8 mos

- **Partner**
  Sep 2018 - Dec 2020 · 2 yrs 4 mos
  Greater New York City Area

  Glenwood Capital is a merchant banking firm specializing in corporate finance requirements of closely held, middle market companies with revenues ranging from $25 to $700 million.

- **Managing Director**
  Jul 2009 - Sep 2018 · 9 yrs 3 mos
  New Yok NY

- **Director**
  May 2005 - Jul 2009 · 4 yrs 3 mos
  New York NY



**Broadband Capital**
3 yrs 6 mos
New York NY

- **Associate**
  Jan 2004 - Jun 2005 · 1 yr 6 mos

  Member of investment banking team, responsible for structuring and distributing exclusive transactions for small & mid-cap public companies. Services provided include: private placement of debt and equity, IPO, PIPE, M&A, financial and strategic advisory, and business valuations.

- **Analyst**
  Jan 2002 - Jan 2004 · 2 yrs 1 mo

Aerial Capital

About    Targets    Team    Contact

# Passion.
# Experience.
# Diligence.

Scroll down

Aerial Capital is a private investment company investing across capital structures in various transaction dynamics. We are specializing in providing short and long-term financing.



### Blockchain Companies

- Securitized financing
- Non-major coins
- Major & non-major exchanges listed
- Defendable liquidity



### Public and private companies

- Flexible structure: Equity & Debt
- Scalability
- Sustainable competitive advantage
- Favorable industry dynamics

We aim to partner with best-in-class teams and develop collaborative relationships to help achieve goals and accelerate growth.

Aerial Capital        About        Targets        Team        Contact

# $1m—25m

deploys per transaction

## Meet our team





### Aleksandr Rubin
Partner

Aleksandr has over 20 years of experience in investment banking, private equity, and consulting covering a broad range of industries including blockchain, fintech, media, and industrials. After attending American University and successfully exiting from IT consulting business in Washington DC Aleksandr moved to New York City to pursue a career in investment banking. Since 2019, Aleksandr has been working with a family office deploying over $100 million in various listed blockchain projects (L1), fintech companies as well as private and publicly

### Ekin Tuna
Managing Director

Ekin Tuna is fintech and finance professional with more than 10 years in the industry. Since 2014 and after graduating from Leiden University College he has worked in the core teams of multiple blockchain protocols (Layer 1) including NEM, Oasis Network and Waves in business roles covering finance, fundraising and business development. For these companies he has structured and executed ecosystem growth strategies covering ecosystem funds, incubation programs and treasury management. Before entering the Layer 1 industry he founded, raised

### Josephine Nguyen
Director of Partnership

Josephine is a crypto expert with over 6 years of experience in the blockchain and crypto industry. Recently, Josephine co-founded VC Alliance a global network of VCs and Web3 leaders and is a Global Scout Lead at Waves Labs. She worked i...

⊕ Read more

© 2023 Aerial Capital

114 E 25th St New York, NY 10014
BD@aerial.capital

Twitter    Linkedin    Telegram

several boards of directors and advisors including Gremi Media SA (a publicly traded

support to the work of Istanbul Philharmonic Foundation as the financial advisor. Ekin divides

Log in

# Aleksandr Rubin

This is a profile preview from the PitchBook Platform.

## Aleksandr Rubin Overview

**Update this profile**

**Data on this profile**

Overview

 **PitchBook also tracks**

Board Seats
Network
Lead Partner on Deals
Affiliated Funds
Advisory Roles
Compensation

Firm
## Glenwood Capital

Primary Position
## Business Partner

## Aleksandr Rubin General Information

### Biography

Mr. Aleksandr Rubin served as Business Partner at Glenwood Capital. He served as Managing Director at Fort Lawton Capital. He has over 15 years of experience in investment banking, private equity, leverage finance, investment management and consulting for the middle market companies, and executed over 50 transactions. Mr. Rubin joined Glenwood Capital in 2005 with responsibilities to originate, structure, finance, and negotiate leveraged and management buyouts and recapitalization

transactions. Earlier, Mr. Rubin was an Associate at Broadband Capital Management an investment bank for middle market companies, where he worked with issuers and financial sponsors to execute PIPE, LBO and M&A transactions as well as IPOs and follow-on stock offerings. Mr. Rubin was a founding member of a consulting team at Asies Consulting where he managed and developed the processes for implementation of various Enterprise Systems in IT sector. He is based out of New York. less

## Contact Information

**Primary Position** in Business Partner, [Glenwood Capital](#)

**Gender**
Male

| Products | Solutions | Data | News & analysis |
|---|---|---|---|
| PitchBook Desktop | Private Market Intel | Companies | Reports |
| PitchBook Mobile | Fundraising | Investors | Newsletter |
| CRM Integration | Deal Sourcing | Deals | Advertise |
| | Due Diligence | M&A | Research & |

2 of 4    8/23/23, 10:14 PM

| | | | |
|---|---|---|---|
| Excel Plugin | Business Development | Limited Partners | Analysis Team |
| Chrome Extension | Networking | Funds | **About** |
| Direct Data | Deal Execution | Financials | Customer Success |
| Institutional Research Group | Benchmarking | Advisors | Client Testimonials |
| Morningstar Institutional Equity Research | Asset Allocation | Professionals | What Sets Us Apart |
| | | Debt | |
| | **Blog** | Lenders | Press Inquiries |
| Product Releases | **Webinars** | Data Operations | Partnerships |
| | | | Careers |
| **PitchBook for** | **Video Library** | **Leveraged Commentary and Data** | |
| Private Market Valuations | | | |
| Venture Capital | | | |
| Private Equity | | | |
| Hedge Funds | | | |
| Startups | | | |

**Profile Previews**

**Follow us**

in  🐦  f  ▶  📷



Fort Lawton Capital is a boutique private equity firm focused on the business services and financial services sectors.

We take an active role in our investments, working collaboratively with management to improve operations, execute strategic acquisitions and achieve organic growth through enhanced access to capital and resources.

We take pride in crafting creative solutions that

meet the needs of all constituents in a transaction, including business owners, management and intermediaries.

### Focus

- Business Services
- Financial Services & FinTech
- US-based
- Buyouts, recaps and growth capital
- EBITDA up to $5 million
- Control or minority investments
- Strong growth potential
- Turnarounds and special situations considered

### Business Services

Including:
- Logistics & Reverse Logistics
- IT Services
- Sales and Marketing
- Healthcare Services
- Information Management
- Media Services

### Financial Services & FinTech

Including:
- Insurance Distribution
- Insurance Technology
- Financial Data
- Regulatory & Compliance Services
- Payment Services & Technology

# Investments




# Management

Adam Pelzman is the Founder and Principal of Fort Lawton Capital LLC. Prior to founding Fort Lawton he was a Managing Director and Chief Operating Officer of Gainline Capital Partners LP, a middle-market private equity firm located in Stamford, CT. Before co-founding Gainline, he was a Managing Director at CAI Private Equity. There, he served on the firm's Investment Committee and was responsible for transactional due diligence, executing private equity transactions and overseeing portfolio companies. While at CAI, he participated in the acquisition of CSAT Solutions, a Houston-based reverse logistics company with over 1,000 employees. Before joining CAI, Adam was a Director at Lincolnshire Management, a leading middle-market private equity firm. He previously founded and managed a corporate investigations firm and was the founder of a FinTech venture capital firm. Adam was also an investment professional in Marsh & McLennan's private equity group, where he focused on investments in the insurance industry. A licensed attorney, he began his career as a

corporate lawyer in the New York office of Willkie Farr & Gallagher. He has served as a director and officer of numerous companies in a variety of industries, including insurance, reverse logistics, building services, energy services, electronic components, equipment manufacturing and software. He served on the Board of Directors of CSAT Solutions and currently serves on the Board of One Plus One Partners, LLC, a woman-owned staffing and recruiting company. Adam received a B.A. in Russian Studies from the University of Pennsylvania and a J.D. from the UCLA School of Law, and he has been a guest lecturer in the UCLA Department of Economics on the topic of private equity.

Aleksandr Rubin, a Managing Director of Fort Lawton Capital, is focused primarily on originating investment opportunities and supporting relationships with middle market intermediaries. He has over 15 years of experience in investment banking, private equity, leveraged finance, investment management and consulting for middle market companies. Prior to joining Fort Lawton, Aleksandr was a Partner at Glenwood Capital, a merchant banking firm specializing in the corporate finance requirements of closely-held, middle market companies. Before joining Glenwood in 2005, he was an Associate at Broadband Capital Management. There, he worked with issuers and financial sponsors on a variety of transactions, including mergers,

acquisitions, PIPEs, buyouts and public offerings. Earlier in his career, Aleksandr was a founding member of a technology consulting firm, where he developed and managed the implementation of enterprise systems.

Walter Burrell is a Managing Director of Fort Lawton Capital LLC. In addition to overseeing the firm's compliance functions, he supports Fort Lawton's deal origination strategies. Walter has over twenty-five years of experience in the legal, insurance and financial services markets and currently serves on the Board of Directors of a Florida-based Insurance TPA. He received a B.A. in Economics from Drew University and a J.D. from American University's Washington College of Law.

# Contact

Name (required)

First Name

Last Name

ajp@ftlawton.com

48 Wall Street, Suite 1100

New York, NY  10005

# Glenwood Capital LLC
*- Innovative solution for middle market companies -*

**Stephen Grossman, CPA** has over 50 years experience as both a principal and advisor to middle market businesses. Mr. Grossman founded Glenwood Capital in 2003 as a corporate finance advisor specializing in the needs middle market businesses and their owners. Previously he served as Managing Director of Lincolnshire Equity a leading private equity firm with over $900 million invested in 55 companies since 1986. Earlier in his career Mr. Grossman was the Managing Partner and then a Senior Partner of two prominent accounting firms. Past and present board affiliations include: Janus Hotels & Resorts, Inc. (NASDAQ SCM), Custom Alloy Corporation, US Gas and Electric, Conway Acquisition Corp., Guilford Manufacturing, Midatlantic Bank (later merged with PNC Bank), Chelsea Bank, Monmouth Medical Services and Roundabout Theatre of New York City.

**Aleksandr Rubin** has over 15 years of experience in investment banking, private equity, leverage finance, investment management and consulting for the middle market companies, and executed on over 50 transactions. Mr. Rubin joined Glenwood Capital in 2003 with responsibilities to originate, structure, finance, and negotiate leveraged and management buyouts and recapitalization transactions. Prior, Mr. Rubin was an Associate at Broadband Capital Management an investment bank for middle market companies, where he worked with issuers and financial sponsors to execute PIPE, LBO and M&A transactions as well as IPOs and follow-on stock offerings. Mr. Rubin started his investment-banking career at Park Capital Group. Earlier in his carrier Mr. Rubin was a founding member of a consulting team at Asies Consulting where he managed and developed the processes for implementation of various Enterprise Systems in IT sector.

<u>**Strategic Advisors**</u>:

**Martin Silver** served as CEO of the Hebrew National Division of ConAgra Foods from 2000 to 2005. Prior to this, Mr. Silver spent over 30 years at the Hebrew National where he took it from a privately held regional company to a publicly owned national organization and established it as one of the top 3 hotdog brands in the U.S. Over the past 40 years Mr. Silver has established himself as a leading Food Industry expert with strong executive management, sales, marketing and strategic planning skills. He has negotiated supply agreements, led labor contract negotiations on behalf of ConAgra and established processing procedures that streamlined product flow from source to shelf.

**Leonard J. Fassler** serves as a director of Mercury Energy, Inc. a solar energy company, since August 1, 2008. Mr. Fassler also served as Chairman of Energy Services Providers, Inc. from 2005 through 2009, when it was sold to US Gas and Electric. He is a founder of Core BTS Inc. (formerly Convergence Technologies, Inc.) an IT integration company with current sales in excess of $150 million, located in 11 cities mainly in the Northeastern part of the U.S. Core was founded in 2004. Mr. Fassler's experience also includes serving as Chairman of the Vytek Corporation, a wireless integrator and Interliant, Inc. an internet and web-hosting company. He also co-founded and served as Co-Chairman of AmeriData Technologies, Inc., in 1992. AmeriData was a New York Stock Exchange company and was sold to General Electric Capital Corporation in 1996. Mr. Fassler also co-founded and served as Co-Chairman of Sage Broadcasting Corporation; and was a Founder, Board Member, and Executive

officer of TIE/Communications, Inc. an American Stock Exchange listed company from 1972 through 1984.

**Hudson Cashdan, CFA Level III Candidate** has over 15 years experience in buy-side investment management. For the last six years he has been with ReachCapital Management, an international equity Hedge Fund based in Harrison, NY. There, he worked his way up from Junior Analyst to Portfolio Manager and traveled extensively throughout Western and Eastern Europe, Asia and Russia. In 2006 he was promoted to Portfolio Manager specializing in Asia and Emerging Markets and had the opportunity to liaise with high level economic policy makers, corporate executives, asset managers, bankers, government officials, academics, and other influential members of the world community.

Web Hosting powered by Network Solutions®

# Glenwood Capital LLC

*- Innovative solution for middle market companies -*

**Glenwood Capital LLC**
757 3rd Avenue, 17th Floor
New York NY 10017
t: +1 (212) 759-1881
info@glenwoodcapital.net

Web Hosting powered by Network Solutions®