# EXHIBIT B



Home  / Virtual Offices  / United States  / California  / Beverly Hills

# Virtual Office Space at Santa Monica Boulevard | Beverly Hills, CA, 90210

Beverly Hills Virtual Business Address & Live Receptionist Answering Service

9440 Santa Monica Boulevard Suite 301, Beverly Hills, CA, 90210



**Inquire about Virtual Offices**

- First Name
- Last Name
- Email
- Phone
- Company
- ☐ I have read and agree to the privacy policy.

Submit

## Features

- A prestigious company address solidifies your reputation.
- On-demand access to private meeting spaces.
- Convenient mail pickup whenever you need it.
- Mail forwarding direct to your door. (Additional fees may apply)
- Access to a full suite of helpful office amenities.
- Gain workspace-backed address for easy licensing and entity formation.
- Enhance your marketing efforts with a professional address.
- Address for use on website & business cards.

**Platinum Plan** — 6 month term
$109 /mo
+$200 one time setup fee
ADD TO CART — What is included ⌄

**Platinum Plan With Live Receptionist** — 6 month term
$234 /mo
+$200 one time setup fee
ADD TO CART — What is included ⌄

Do you have
here to chat