**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SARKIS SARKISIAN and FRANK ANDRIANAKOS,

                Plaintiffs,

   -against-                                      23 **CIVIL** 6154 (JSR)

                                                    **JUDGMENT**

OPENLOCKER HOLDINGS, INC,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated October 27, 2023, the Court concludes that it lacks personal jurisdiction over this action. Accordingly, Openlocker's motion to dismiss pursuant to FRCP 12(b)(2) is granted, and this action is hereby dismissed without prejudice.

**Dated:** New York, New York

      October 30, 2023

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                                              **BY:** _____
                                                               **Deputy Clerk**