**MANDATE**

1:23-cv-06154-JSR

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand twenty-four,

_____

Sarkis Sarkisian, Frank Andrianakos,

      Plaintiff - Appellants,

v.

OpenLocker Holdings, Inc.,

      Defendant - Appellee.

_____

**ORDER**
Docket No. 23-7874

      The Appellant Sarkis Sarkisian, Appellant Frank Andrianakos filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on December 28, 2023 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

      IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before April 15, 2024. The appeal is dismissed effective April 15, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/30/2024